FILED
4/17/2026 4:34 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Brenda Carrillo
Bexar County - 408th District Court

## 2026CI08801

CAUSE NO. _____

| | | |
|---|---|---|
| **ALEJANDRO GUIZAR** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **STILLHOUSE SOLAR LLC, MATRIX** | § | |
| **RENEWABLES USA LLC, AND SOLV** | § | |
| **ENERGY, LLC,** | § | |
| *Defendants.* | § | **BEXAR COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Plaintiff Alejandro Guizar, who files this Original Petition complaining of Defendants Stillhouse Solar LLC, Matrix Renewables USA LLC, and SOLV Energy, LLC, and for cause of action, would respectfully show the Court the following:

### PARTIES

1.    Plaintiff Alejandro Guizar is an individual residing in Texas.  The last three digits of his Social Security number are 563.  The last three digits of his driver's license are 564.

2.    Defendant Stillhouse Solar LLC is a limited liability company doing business in Texas.  Defendant may be served through its registered agent: Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX.

3.    Defendant Matrix Renewables USA LLC is a limited liability company doing business in Texas.  Defendant may be served through its registered agent: Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX.

4.    Defendant SOLV Energy, LLC is a limited liability company doing business in Texas. Defendant may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX.

**EXHIBIT
1**

Copy from re:SearchTX

5.      Plaintiff specifically invokes the right to institute this suit against whatever entities were conducting business under the common name of "Stillhouse Solar," "Matrix Renewables" or "SOLV Energy" with regards to the events described in this Petition.  Plaintiff expressly invokes his right under to have the true name of the party or parties substituted at a later time upon motion of any party or one of the Court.  *See* TEX. R. CIV. P. 28.

### DISCOVERY

6.      Plaintiff intends to conduct discovery under Level 2.

### JURISDICTION AND VENUE

7.      The subject matter in controversy is within the jurisdictional limits of this Court pursuant to TEX. GOV'T CODE § 24.007.  Plaintiff seeks monetary relief in an amount above $1,000,000 at this time.

8.      Venue is proper in Bexar County pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1) because at least one Defendant maintains a residence or principal office in this county.

### FACTUAL BACKGROUND

9.      On or about February 27, 2026, Plaintiff Alejandro Guizar sustained serious injuries while working at Stillhouse Solar Farm in Rogers, Texas.  The solar farm is a project owned, operated, supervised, and/or managed by Defendants Stillhouse Solar Farm, Matrix Renewables and SOLV Energy.

10.     According to Matrix Renewables' own marketing materials, "Matrix Renewables is a renewable energy platform created and backed by global alternative asset manager TPG and its $29 billion impact-investing platform … [with a current  Matrix Renewables' portfolio]

Copy from re:SearchTX

comprised of 15.5 GW of solar, storage and green hydrogen projects in Europe, United States, and Latin America."[1]  This solar farm is one of them.

11.    Plaintiff's duties while at Stillhouse Solar Farm consisted of groundskeeping work and removal of debris from the solar farm.  Plaintiff was not trained to perform work with the solar panels and electrical system.  Defendant SOLV Energy's lead on site, Trent Perkins, had Plaintiff assist with electrical-related tasks, despite Plaintiff's lack of training and work limitations.  There were no Job Hazard Analysis (JHA) or Job Safety Analysis (JSA) meetings conducted, no JHA or JSA forms filled out, and insufficient protective equipment.  Defendants did not even provide Plaintiff with electrical gloves.

12.    During the work with the high-voltage system, an arc flash occurred, in which Plaintiff suffered burn injuries.

13.    Defendants failed to ensure the work site was safe for workers like Plaintiff and failed to ensure that there was proper hazard identification.  Defendants failed to ensure there were necessary protections and protective equipment provided.  Defendants also failed to ensure the project had sufficient personnel as well as safety protocols in place, such as implementing training programs, and/or incorporating the proper training and procedures at the facility.

14.    Plaintiff was hospitalized for four days for his significant burn injuries.

15.    Following the incident, the SOLV Energy Lead was terminated from the project.

16.    Plaintiff still suffers from pain, impairment, disfigurement, and PTSD.  Plaintiff now brings this suit to recover for his damages.

---

[1] Available at: https://matrixrenewables.com/press-releases/matrix-renewables-ranked-among-europes-fastest-growing-companies-in-ft1000-special-report/

## CAUSES OF ACTION: NEGLIGENCE AND GROSS NEGLIGENCE

17.    Defendants owed a duty to Plaintiff.  Defendants breached that duty and were negligent by:

      a.    Failing to properly maintain a safe workplace;

      b.    Creating and/or failing to correct the unreasonably dangerous conditions;

      c.    Failing to warn Plaintiff and others;

      d.    Allowing electrical tasks to occur without sufficient training and personnel, and proper protective equipment;

      e.    Failing to properly train workers on site regarding procedures and site-specific safety policies; and

      f.    Failing to implement proper policies, rules, and/or procedures to make the work area reasonably safe.

18.    As a result of Defendants' negligence, Plaintiff has incurred damages, including but not limited to, personal injuries to his upper body, medical expenses, lost wages, mental anguish, and pain and suffering.

19.    Furthermore, Defendants' actions and omissions involved an extreme degree of risk, and there was conscious indifference to the rights, safety, or welfare of others, including Plaintiff. As such, Plaintiff also seeks exemplary or punitive damages.

## DAMAGES

20.    As a result of Defendant's actions and/or inactions, Plaintiff brings this lawsuit for the following damages:

      a.    Medical expenses, past and future;

      b.    Pain and suffering, past and future;

      c.    Mental anguish, past and future;

      d.    Disfigurement, past and future;

Copy from re:SearchTX

e.    Impairment, past and future;

f.    Loss of wages and earning capacity, past and future;

g.    Court costs;

h.    Pre- and post-judgment interest; and

i.    All other damages, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

## **PRESERVATION OF EVIDENCE**

21.    Plaintiff hereby requests and demands that Defendants and their agents, attorneys, and insurers preserve and maintain all evidence pertaining to any claim or defense to the incident made the basis of this lawsuit, or the damages resulting therefrom, including but not limited to the equipment at the job site on the date of the incident; any and all safety procedures distributed to workers and contractors on site; the surveillance footage for the date of the incident, and for the 48-hour period leading up to and following the incident; the plans and schedules for the project; any and all Job Safety Analysis and Job Hazard Analysis forms and sign-in sheets; photographs; videotapes; audiotapes; personnel file materials for all supervisors on site; recordings; training records; training videos; business records, memoranda; files; site safety plans; facsimiles; e-mails; voicemails; text messages; work orders; invoices; text messages; calendar entries; disciplinary actions; incident reports; communications with insurance companies and third parties; communications with governmental entities; and any other electronic image, data or information related to the referenced incident.

22.    Failure to maintain such items will constitute a "spoliation" of the evidence and may subject each respective Defendant to sanctions.

Copy from re:SearchTX

## TRCP 193.7

23.      Pursuant to Texas Rule of Civil Procedure 193.7, Defendants are hereby put on actual notice that any documents produced in response to written discovery will be used in pretrial proceedings and at trial and will be deemed authentic unless they make valid objections to authenticity pursuant to this rule.

## JURY DEMAND

24.      Plaintiff respectfully demands a jury trial.

## PRAYER

25.      WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that citation issue and be served on Defendants as prescribed by law, requiring that Defendants appear and answer, and upon a final hearing or trial, that judgment be entered in the Plaintiff's favor against Defendants for the damages sought by this Petition, as well as any damages shown by the evidence to which Plaintiff may be entitled to in law or equity.  Plaintiff seeks any and all damages to which he may be entitled.

**[SIGNATURES ON FOLLOWING PAGE]**

Copy from re:SearchTX

Respectfully submitted,

**DALY & BLACK, P.C.**

By: */s/ Andrew Dao*
    **ANDREW DAO**
    State Bar No. 24082895
    adao@dalyblack.com
    **L. PEYTON CHESSER**
    pchesser@dalyblack.com
    State Bar No. 24131127
    2211 Norfolk St., Suite 800
    Houston, Texas 77098
    Telephone: (713) 655-1405
    Facsimile: (713) 655-1587
    Service: pi.service@dalyblack.com

**\*\*\*RULE 21A SERVICE BY E-MAIL CAN ONLY BE DELIVERED TO PI.SERVICE@DALYBLACK.COM SERVICE TO ANY OTHER E-MAIL ADDRESS IS NOT ACCEPTED. \*\*\***

**ALIHOSSINI LAW GROUP**

By: */s/ Kayvon Alihossini*
    **KAYVON ALIHOSSINI**
    State Bar No. 24105427
    Kayvon@ALGinjurylawyers.com
    5020 Montrose Blvd, Suite 500-8
    Houston, Texas 77006
    Telephone: (281) 825-5430
    Facsimile: (281) 825-5430
    Service@ALGinjurylawyers.com

**ORDONEZ LAW FIRM, PLLC**

By: */s/ Yolanda Ordonez*
    **YOLANDA ORDONEZ**
    State Bar No. 24105907
    yolanda@ordonezlawfirm.com
    24 Greenway Plaza, Suite 1800
    Houston, Texas 77046
    Telephone: (956) 624- 7553

**ATTORNEYS FOR PLAINTIFF**

**PLEASE SEND A COPY OF THIS PETITION TO YOUR LIABILITY INSURANCE COMPANY IMMEDIATELY**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Dao on behalf of Andrew Dao
Bar No. 24082895
pi.service@dalyblack.com
Envelope ID: 113816660
Filing Code Description: Petition
Filing Description:
Status as of 4/17/2026 4:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yolanda Ordonez | | yolanda@ordonezlawfirm.com | 4/17/2026 4:34:29 PM | NOT SENT |
| ALG Service Email | | Service@ALGinjurylawyers.com | 4/17/2026 4:34:29 PM | NOT SENT |
| DB Service Email | | pi.service@dalyblack.com | 4/17/2026 4:34:29 PM | NOT SENT |

Copy from re:SearchTX